IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------- :
UNITED STATES OF AMERICA :
: CASE NO. 1:08CR0190
Plaintiff :
:
-vs- :
:
:
DONTAOUS BELL : ORDER ACCEPTING PLEA
: AGREEMENT AND JUDGMENT AND
Defendant : NOTICE OF HEARING
---------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing and plea agreement of Dontaous Bell which was referred to the Magistrate Judge with the consent of the parties.

On 23 April 2008, the government filed a one-count indictment against Dontaous Bell for felon in possession in violation of 18 U.S.C. § 922(g)(1). On 30 June 2008, a hearing was held in which Dontaous Bell entered a plea of not guilty before Magistrate Judge David S. Perelman. On 7 April 2009, Magistrate Judge White received Dontaous Bell's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Dontaous Bell is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Dontaous Bell is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

> **12 May 2009 at 9:30 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 11 May 2009

UNITED STATES DISTRICT JUDGE