IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  .
UNITED STATES OF AMERICA,          : CASE NO.  1:08 CR 190-01
                                   :
                       Plaintiff   :
                                   :
            -vs-                   :
                                   :
DONTAOUS BELL                      : ORDER ADOPTING REPORT AND
                                   : RECOMMENDATION
                       Defendant   :
------------------------------------------------  .
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This matter was referred to United States Magistrate Judge Greg White for a supervised release violation hearing for the purpose of preparing a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B).  Following a hearing in which Mr. Bell was represented by Charles Fleming, Duane Deskins on behalf of the government and Bryan Capezzuto for the Probation Department, Magistrate Judge White returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violation presented in the violations report.  Based upon the agreement of the Defendant, his counsel and the Government, Magistrate Judge White recommends that the Defendant be placed in a halfway house for a period of up to six months, depending upon his progress and compliance, thereafter, he is to resume his current term of supervised release.   (Doc. 33).

     Neither party objected to Magistrate Judge White's R&R.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.

Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

      Accordingly, this Court shall, hereby, adopt the Report and Recommendation finding Mr. Bell has violated the terms of his supervised release.  The defendant shall be placed in a halfway house for a period of up to six months, depending upon his progress and compliance.  Upon the successful completion of the of the halfway house, Mr. Bell shall continue with his period of supervised release, which will remain in full force and effect with the original special and standard conditions initially imposed.

      IT IS SO ORDERED.

                                          /s/Lesley Wells
                                    UNITED STATES DISTRICT JUDGE

Date: 6 February 2013